STEVEN H. FRANKEL (SBN 171919)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: sfrankel@sonnenschein.com

Attorneys for Plaintiff
JET WORKS AIR CENTER
MANAGEMENT, L.L.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JET WORKS AIR CENTER MANAGEMENT, L.L.C., a Texas Limited Liability Company, Plaintiff, vs. JETWORKS INTERNATIONAL, INC., a Florida Corporation, Defendant. | Case No. 09-1395 MMC [PROPOSED] ORDER GRANTING IN PART PLAINTIFF JET WORKS AIR CENTER MANAGEMENT, L.L.C.'S MOTION FOR ADMINISTRATIVE RELIEF PURSUANT TO CIVIL L.R. 7-11; CONTINUING CASE MANAGEMENT CONFERENCE |
| --- | --- |

Plaintiff Jet Works Air Center Management, L.L.C.'s Motion for Administrative Relief

Pursuant to Civil L.R. 7-11 came before the Court, and good cause appearing therefor, IT IS

HEREBY ORDERED that in light of the Clerk's entry of default against defendant Jetworks

International, Inc. on June 9, 2009, the filing of a Joint Case Management Conference Statement

by July 10, 2009 is not required, and the Initial Case Management Conference scheduled for

July 17, 2009 at 10:30 a.m. is vacated. continued to October 16, 2009.

IT IS SO ORDERED.

Dated: __July 2, 2009_____

_Maxine M. Chesney_
Maxine M. Chesney
United States District Judge