IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JET WORKS AIR CENTER MANAGEMENT L.L.C., | No. CV-09-1395 MMC |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| JETWORKS INTERNATIONAL, INC., | |
| Defendant. | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** plaintiff's motion for Default Judgment and Permanent Injunction is GRANTED IN PART AND DENIED IN PART as follows:

1. To the extent that plaintiff seeks an order permanently enjoining defendant from infringing plaintiff's trademarks in JET WORKS, Registration Number 2,571,311, and JET WORKS AIR CENTER, Application Number 77/594071, plaintiff's motion is hereby GRANTED.

2. To the extent that plaintiff seeks an order directing the transfer of the domain name www.jetworksinternational.com to plaintiff, plaintiff's motion is hereby DENIED.

Dated: September 3, 2009                    Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk